In the Matter of the Claim of MIKE COPPOLA, Respondent, against GEORGE C. TILYOU et al., Appellants, and ANTHONY RUSSO, Respondent.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 9, 1947; decided November 13, 1947.

*Irvin A. Snyder* and *James S. Brown, Jr.,* for appellants.

*Bernard L. Neumark* and *Isadore B. Hurwitz* for Anthony Russo, respondent.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.